UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

NOTICE TO COUNSEL: COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>Del Monte Fresh Produce N.A. v. M/V Lombok Strait | **DISTRICT**<br>SDNY (New York City) | **DOCKET NUMBER**<br>12-cv-03567 |
| | **JUDGE**<br>Andrew L. Carter | **APPELLANT**<br>M/V Lombok Strait, et al. |
| | **COURT REPORTER**<br>Samuel Mauro, Southern District Reporters | **COUNSEL FOR APPELLANT**<br>Vincent M. DeOrchis, Esq. |

| Check the applicable provision:<br>☐ I am ordering a transcript.<br>☑ I am not ordering a transcript<br><br>Reason for not ordering a transcript:<br>☑ Copy is already available<br>☐ No transcribed proceedings<br>☐ Other (Specify in the space below): | **PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)<br><br><br>**METHOD OF PAYMENT** ☐ Funds ☐ CJA Voucher (CJA 21) |
|---|---|
| **INSTRUCTIONS TO COURT REPORTER:**<br>☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS<br>☐ PREPARE TRANSCRIPT OF TRIAL<br>☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS<br>☐ OTHER (Specify in the space below): | **DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE) |

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* **FRAP 10(b)**. I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE<br>*/s/ Vincent M. DeOrchis* | DATE<br>May 1, 2015 |
|---|---|

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTED | | DATE |